Jesse Ortiz (SBN 176450)
jesse@jesseortizlaw.com
**Jesse Ortiz** Law
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:   (916) 443-9501


Attorney for Defendant
OSCAR GONZALEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-00164-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| | DATE: October 12, 2017 |
| | TIME: 9:30 a.m. |
| OSCAR GONZALEZ, | COURT: Hon Troy L. Nunley |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, UNITED STATES OF AMERICA, and its attorney of record, Ross K. Naughton, Assistant United States Attorney; and Defendant OSCAR GONZALEZ, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for October 12, 2017 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued to October 26, 2017, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District.

**SO STIPULATED.**

1

Dated: October 10, 2017                    __/s/ Jesse Ortiz_____
                                           Jesse Ortiz
                                           **Jesse Ortiz** Law
                                           Attorney for Defendant Oscar Gonzalez


Dated: October 10, 2017                    __/s/   Ross K. Naughton_____
                                           Ross K. Naughton
                                           Assistant United States Attorney

# ORDER

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for October 12, 2017 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued to October 26, 2017, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District.

DATED: October 10, 2-17

_____
Hon. Troy L. Nunley
United States District Judge